1  ROBERT I. WADE
   14818 Grassland Road
2  Lodi, CA 95240
   Telephone: (209) 242-4484
3
4  Plaintiff, *In Pro Se*

5  BENJAMIN B. WAGNER
   United States Attorney
6  BOBBIE J. MONTOYA
   Assistant United States Attorney
7  501 I Street, Suite 10-100
   Sacramento, California 95814
8  Telephone: (916) 554-2775

9  Attorneys for United States of America

10

11                    IN THE UNITED STATES DISTRICT COURT

12                    FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| ROBERT I. WADE, PRO SE LITIGANT, | Case No. 2:13-CV-00758-KJM-AC |
|---|---|
| Plaintiff, | STIPULATION FOR DISMISSAL OF DEFENDANT OFFICE OF COMPTROLLER & CURRENCY; ORDER |
| v. | (Fed. R. Civ. P. 41(a)(2)) |
| OFFICE OF COMPTROLLER & CURRENCY, WELLS FARGO, N.A., | |
| Defendant. | |

   Plaintiff Robert I. Wade, *in pro se*, and the United States of America on behalf of its agency defendant Office of Comptroller and Currency ("OCC"), through its undersigned counsel, hereby agree and STIPULATE as follows:

   1. This case shall be dismissed with prejudice against defendant OCC pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to the Court's approval;

   2. Each party to this stipulation shall bear its own attorney's fees and costs of suit herein; and

   3. The case shall proceed forward with the remaining defendant(s).

   IT IS SO STIPULATED.

////

Stipulation for Dismissal of Defendant Office of Comptroller     1
& Currency; Order [proposed]

DATED: August 26, 2013          /s/ *Robert I. Wade*
                                ROBERT I. WADE
                                Plaintiff, *In Pro Se*

DATED: August 29, 2013          BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ *Bobbie J. Montoya*
                                BOBBIE J. MONTOYA
                                Assistant United States Attorney

                                Attorneys for United States of America

## ORDER

On review, IT IS HEREBY ORDERED that:

1. The foregoing stipulation is hereby approved;

2. OCC's August 16, 2013 motion to dismiss (ECF No. 25) is denied as moot; and

3. The September 25, 2013 hearing on OCC's motion to dismiss is vacated from calendar.

DATED: August 29, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;wade0758.stip

Stipulation for Dismissal of Defendant Office of Comptroller & Currency; Order [proposed]

2