ROBERT I. WADE
14818 Grassland Road
Lodi, CA 95240
Telephone: (209) 242-4484

Plaintiff, *In Pro Se*

BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. WADE, PRO SE LITIGANT,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF COMPTROLLER & CURRENCY, WELLS FARGO, N.A.,<br><br>Defendant. | Case No. 2:13-CV-00758-KJM-AC<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT OFFICE OF COMPTROLLER & CURRENCY; ORDER<br>(Fed. R. Civ. P. 41(a)(2)) |

Plaintiff Robert I. Wade, *in pro se*, and the United States of America on behalf of its agency defendant Office of Comptroller and Currency ("OCC"), through its undersigned counsel, hereby agree and STIPULATE as follows:

1. This case shall be dismissed with prejudice against defendant OCC pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to the Court's approval;

2. Each party to this stipulation shall bear its own attorney's fees and costs of suit herein; and

3. The case shall proceed forward with the remaining defendant(s).

IT IS SO STIPULATED.

////

Stipulation for Dismissal of Defendant Office of Comptroller & Currency; Order [proposed]                    1

DATED:  August 26, 2013          /s/ *Robert I. Wade*
                                 ROBERT I. WADE
                                 Plaintiff, *In Pro Se*

DATED:  August 29, 2013          BENJAMIN B. WAGNER
                                 United States Attorney


                                  /s/ *Bobbie J. Montoya*
                                 BOBBIE J. MONTOYA
                                 Assistant United States Attorney

                                 Attorneys for United States of America

## ORDER

On review, IT IS HEREBY ORDERED that:

1. The foregoing stipulation is hereby approved;

2. OCC's August 16, 2013 motion to dismiss (ECF No. 25) is denied as moot; and

3. The September 25, 2013 hearing on OCC's motion to dismiss is vacated from calendar.

DATED: August 29, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;wade0758.stip

Stipulation for Dismissal of Defendant Office of Comptroller       2
& Currency; Order [proposed]