UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WADE, | No. 2:13-cv-758 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OFFICE OF COMPTROLLER & CURRENCY, et al., | |
| Defendants. | |

Pending before the court is plaintiff's September 20, 2013 two-paragraph motion to rescind trustee's sale "based upon fraudulent action total disregard for Consent Order Judgment and statute of law Chapter 7 Bankruptcy and no Proof of Claim submitted to trustee." ECF No. 38. Plaintiff also asks for damages and injuries three times the amount of $460,000. Id.

Because the nature of this request and the grounds on which relief is sought are unclear, IT IS HEREBY ORDERED that plaintiff's September 20, 2013 motion is denied.

DATED: September 30, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;wade0758.jo

1