Robert A. Bailey (# 214688)
  rbailey@afrct.com
Kenneth A. Franklin (#143809)
  kfranklin@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone:  (626) 535-1900
Facsimile:   (626) 577-7764

Attorneys for Defendants
WELLS FARGO BANK, N.A
(named erroneously as Wells Fargo
N.A.)("Wells Fargo")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT I. WADE PRO SE LITIGANT,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF COMPTROLLER & CURRENCY, WELLS FARGO N.A.,<br><br>Defendants. | CASE NO.: 2:13-CV-00758-KJM-AC PS<br><br>[The Honorable Allison Claire]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>**[Fed. R. Civ. P. 41(A)(1)(a)(ii)]** |

Plaintiff Robert I. Wade and defendant WELLS FARGO BANK, N.A. (named erroneously as Wells Fargo N.A.) ("Wells Fargo"), who are the only parties remaining in this action, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1. The action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii);
2. Defendant Wells Fargo will not pursue a motion for award of attorneys' fees or its costs; and
3. Each party shall bear all of his/her/its own costs, fees and expenses.

**IT IS SO STIPULATED.**

Dated: December __, 2013                    Plaintiff In Pro Se

By: _____
    Robert I. Wade
    Plaintiff in Pro Se

Dated:  December 5, 2013                    ANGLIN, FLEWELLING, RASMUSSEN,
                                            CAMPBELL & TRYTTEN LLP

By:   /s/ *Kenneth A. Franklin*
    Kenneth A. Franklin
    kfranklin@afrct.com
    Attorneys for Defendant
    WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

**ORDER**

The foregoing stipulation is hereby APPROVED.[1]  All dates before the undersigned are vacated.  IT IS SO ORDERED.

Dated:  December 31, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Though not visible here, plaintiff's signature appears on the scanned docketed document. ECF No. 48.

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

**Served By Means Other Than Electronically Via the Court's CM/ECF System**

*Plaintiff Pro Se:*

Robert I. Wade
3115 Del Rio Drive
Stockton, CA 95204

Tel: (209) 242-4484

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on December 5, 2013.

| Leslie Coumans | */s/ Leslie Coumans* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |